1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   ANGEL DEMESA
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-po-00067-SAB
12 |         Plaintiff,        | UNOPPOSED MOTION FOR ORDER
                                 AUTHORIZING VIDEO APPEARANCE;
13 | vs.                       | ORDER
14 | ANGEL DEMESA,             | Date:  February 20, 2025
                                 Time:  10:00 a.m.
15 |         Defendant.        | Judge: Hon. Stanley A. Boone
16

17        Defendant Angel Demea hereby moves this Court for an order authorizing him to appear

18 via video at the February 20, 2025 sentencing hearing.

19        On January 16, 2025, Mr. Demesa pled guilty to Citation 9337576.  (ECF #13).  He

20 requested immediate sentencing, but this Court referred the matter to Probation for preparation of

21 a criminal history report after the government did not agree with Mr. Demesa's proffered list of

22 his prior convictions.  (*See id.*).  Probation prepared a criminal history report and sent it to the

23 parties and the Court on February 5, 2025.

24        Mr. Demesa lives in Hanford and works full-time for a construction company based in

25 Visalia.  A remote appearance will allow him to go to work for at least half a day after the

26 sentencing hearing has concluded.  If authorized to appear by video, Mr. Demesa will appear

27 indoors, on a wi-fi connection, and not on a cellular phone.

28

Defense counsel conferred with government counsel, who does not oppose this request.

In light of the foregoing, the defense respectfully requests that the Court authorize Mr. Demesa to appear via video at the February 20, 2025, hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 11, 2025

*/s/ Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorney for Defendant
ANGEL DEMESA

### O R D E R

**IT IS SO ORDERED.** Defendant Angel Demesa is authorized to appear via video at the February 20, 2025, sentencing hearing.

IT IS SO ORDERED.

Dated: **February 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge